IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELSO FIGEUROA LOPEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, ET AL. | : : : : | NO. 26-771 |

## **ORDER**

**AND NOW**, this 17th day of February, 2026, upon consideration of Petitioner Adelso Figeuroa Lopez's Petition for Writ of Habeas Corpus (Docket No. 1), **IT IS HEREBY ORDERED** that Respondents shall respond to the Petition no later than noon on February 23, 2026. **IT IS FURTHER ORDERED** that the parties shall promptly inform the Court if they request a hearing or oral argument.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.