IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELSO FIGEUROA LOPEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, ET AL. | : : : : | NO. 26-771 |

## ORDER

**AND NOW**, this 18th day of February, 2026, **IT IS HEREBY ORDERED** that Petitioner shall promptly forward the Court's February 17, 2026 Order (Docket No. 3) to the Office of the United States Attorney at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.