IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELSO FIGUEROA LOPEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, ET AL.: | : : : | NO. 26-771 |

## ORDER

**AND NOW**, this 23rd day of February, 2026, upon consideration of Petitioner Adelso Figueroa Lopez's Petition for Writ of Habeas Corpus (Docket No. 1) and the Government's Response in Opposition thereto (Docket No. 6), **IT IS HEREBY ORDERED** that Petitioner shall file a Reply to the Government's Response in Opposition no later than 5:00 p.m. on March 2, 2026.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.