IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELSO FIGUEROA LOPEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, ET AL. | : | NO.  26-771 |

## ORDER

**AND NOW**, this 18th day of March, 2026, upon consideration of Adelso Figueroa Lopez's Petition for Writ of Habeas Corpus (Docket No. 1) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT THE PETITION IS GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. §§ 1226(c)(1)(E) or 1225(b)(2) and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. Respondents shall provide Petitioner with a bond hearing before an Immigration Judge ("IJ") in accordance with 8 U.S.C. § 1226(a) no later than March 25, 2026.

3. Should the IJ deny bond, Respondents shall provide Petitioner the opportunity to appeal to the Board of Immigration Appeals.

3. Respondents shall notify the Court of the status of Petitioner's request for release on bond no later than March 31, 2026.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.