IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELSO FIGUEROA LOPEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, ET AL. | : | NO.  26-771 |

## <u>ORDER</u>

**AND NOW**, this 30th day of March, 2026, upon consideration of the parties' Joint Status

Update (Docket No. 13), and Defendants' uncontested request that we close this case, **IT IS**

**HEREBY ORDERED** that the request is **GRANTED** and the Clerk is directed to **CLOSE** this

case on the Docket.[1]


BY THE COURT:


/s/ John R. Padova
_____
John R. Padova, J.

---

[1] The parties state in their Joint Status Report that Petitioner appeared at a bond hearing on March 23, 2026, and withdrew his request for a custody redetermination on the ground that he wished to apply for voluntary departure under 8 U.S.C. § 1229c.  The immigration judge granted his request and Petitioner is required to depart the United States by April 22, 2026.  Defendants have asked us to mark this case Closed as there is no need for additional proceedings in this Court. Petitioner notified the Court on March 30, 2026, that he does not object to this request.